228-07/WLJ/MAM
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
ESSAR INTERNATIONAL LIMITED
80 Pine Street
New York, NY 10005
Telephone: (212) 425-1900 / Facsimile: (212) 425-1901
William L. Juska (WJ 0772)
Manuel A. Molina (MM 1017)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ESSAR INTERNATIONAL LIMITED,

          Plaintiff,

-against-

MARTRADE GULF LOGISTICS FZCO,

          Defendant.
-------------------------------------------------------------x

07 CIV. 3439

**RULE 7.1 STATEMENT**

ESSAR INTERNATIONAL LIMITED, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a wholly owned subsidiary of Essar Shipping Ltd. and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
      May 1, 2007

                        FREEHILL HOGAN & MAHAR, LLP
                        Attorneys for Plaintiff

By: _____
      William L. Juska (WJ 0772)
      Manuel A. Molina (MM 1017)

NYDOCS1/282478.1