USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/67
07 Civ. 3439 (WHP)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
ESSAR INTERNATIONAL LIMITED,

           Plaintiff,

     - against –                        **ORDER TO SHOW CAUSE**

MARTRADE GULF LOGISTICS FZCO,

           Defendant.
------------------------------------------------------X

Upon the declarations of Keith B. Dalen and Klaus Maassen, sworn to the 29th

day of June, 2007, and upon the copy of the Memorandum of Law hereto annexed, it is

ORDERED, that the above named plaintiff show cause under Supplemental

Admiralty Rule E(4)(f) of the F.R.C.P., before a motion term of this Court, at Room

_11D__ , United States Courthouse, 500 Pearl Street, in the City, County and State of

New York, on __July 6____ , 2007, at _10:00_ o'clock in the fore noon

thereof, or as soon thereafter as counsel may be heard, why an order should not be issued:

1.     Vacating the Service of Process of Maritime Attachment and Garnishment

pursuant to Rule B of the Federal Rules of Civil Procedure served upon garnishee

Deutsche Bank on or about June 1, 2007, attaching a certain electronic funds transfer

from Marlog-LBG Logistics GmbH to Inchcape Shipping Services, in the amount of

$157,000.00, and any attachments of Marlog-LBG Logistics GmbH's property previous

or subsequent to the June 1, 2007 attachment, which have not yet been noticed;

2.    In the alternative reducing the amount of said attachment; and,

3.    Enjoining the above-named plaintiff from attaching further assets of

Marlog-LBG Logistics GmbH,

and it is further

ORDERED that personal service of a copy of this order and annexed declarations

and memorandum of law upon the plaintiff or his counsel on or before

_July 5_____, 2007, shall be deemed good and sufficient service thereof.

at 12:00 p.m.

DATED:    New York, New York
          June 29, 2007

WILLIAM H. PAULEY, U.S.D.J.

2