# EXHIBIT 2

**07 CV 3439**

**PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

THE PRESIDENT OF THE UNITED STATES OF AMERICA

*Judge Pauley*

To the MARSHAL of the UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK, GREETINGS:

WHEREAS a Verified Complaint has been filed in the United States District Court, Southern District of New York on the 1st day of May, 2007, and styled:

ESSAR INTERNATIONAL LIMITED,

                  Plaintiff,         07 CIV    ( )

-against-

MARTRADE GULF LOGISTICS FZCO

                  Defendant.

in a certain action for amounts due Plaintiff from Defendant in connection with a claim for breach of a maritime contract of charter party, and praying for Process of Maritime Attachment and Garnishment against the said Defendant in the amount of **$1,327,249.78**; and,

WHEREAS, this Process is issued pursuant to such prayer and requires that a garnishee shall serve his Answer, together with answers to any Interrogatories served with the Verified Complaint, within 20 days after service of process upon him and requires that Defendant shall serve its Answer within 30 days after process has been executed, whether by attachment of property or service on the garnishees or arrest of property within the possession of the garnishees;

NOW, THEREFORE, we do hereby command you that if the said Defendant cannot be found within the District, you attach all of its assets, comprising, *inter alia*,

NYDOCS1/282356.1

cash, funds, escrow funds, credits, debts, wire transfers, electronic fund transfers, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, or any other assets of, belonging to, due or being transferred to, from, or for the benefit of Defendant **MARTRADE GULF LOGISTICS FZCO** (collectively hereinafter, "ASSETS"), including but not limited to such ASSETS as may be held, received, or transferred in its own name or as may be held, received or transferred for its benefit at, through, or within the possession, custody or control of ABN Amro Bank, American Express Bank, Bank of America, Bank of China, BNP Paribas, Citibank, Deutsche Bank Trust Co., HSBC, HSBC USA Bank NA, JPMorgan Chase Bank, Standard Chartered Bank, The Bank of New York, and/or Wachovia Bank, together with any such ASSETS as may be held by any other garnishee(s) on whom a copy of this Order of Attachment may be served, and that you seize them and promptly after execution of this process, file the same in this Court with your return thereon.

WITNESS, the Honorable _William H. Pauley_, United States District Judge of said Court, this _2nd_ day of May, 2007, and of our Independence the two hundred and thirty first.

Clerk

By: _____
Deputy Clerk

NOTE: This process is issued pursuant to Rule B(1) and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

A CERTIFIED COPY
J. MICHAEL McMAHON,    CLERK

BY _____
DEPUTY CLERK

NYDOCS1/282356.1