# EXHIBIT 3

**Deutsche Bank**

Deutsche Bank AG New York
Legal Department
60 Wall Street
New York, NY 10005

Tel 212 250 2500

July 2, 2007

VIA FAX MAIL

William L. Juska, Jr.
Freehill Hogan & Mahar LLP
80 Pine Street
New York, NY 10005

Re: Essar International Limited v. Martrade Gulf Logistics FZCO.
Docket No.: 07 CIV 3439

Dear Mr. Juska:

Pursuant to the above-referenced Maritime Attachment notice received by Deutsche Bank Trust Company Americas ("DBTCA"), please be advised that DBTCA intercepted One Hundred and Fifty Seven Thousand Dollars ($157,000.00) on June 1, 2007 and that amount is currently being held in a suspense account.

Martrade Gulf Logistics was neither the originator nor the beneficiary but the name Martrade Gulf Logistics was mentioned in the remittance information as follows:

"Grand Glory V 7807 for Martrade Gulf Logistics"

Please feel free to contact Yvonne Falconer at (212) 250-7513 or John Nidhiry at (212) 250-4938 with your instructions.

Very truly yours,

Yvonne Falconer