228-07/WLJ
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
ESSAR INTERNATIONAL LIMITED
80 Pine Street
New York, NY 10005
Telephone:(212) 425-1900
Facsimile:(212) 425-1901
William L. Juska (WJ 0772)

**AFFIDAVIT OF SERVICE**

07 Civ. 3439 (WHP)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ESSAR INTERNATIONAL LIMITED,

                         Plaintiff,

-against-

MARTRADE GULF LOGISTICS FZCO,

                         Defendant.
------------------------------------------------------------x
STATE OF NEW YORK    )
COUNTY OF NEW YORK   ) SS:

    I, Joan Sorrentino, after being duly sworn, depose and say that I am not a party to the within action, am over 18 years of age and have an office and place of business at 80 Pine Street, New York, New York 10005.

    On July 5, 2007 at 1:30 PM, I personally served a copy of Plaintiff's Memorandum of Law in Opposition to Motion to Vacate and Affidavit of William L. Juska on the following party:

HILL RIVKINS & HAYDEN LLP
Attorneys for MARLOG-LBG LOGISTICS GmbH
45 Broadway, Suite 1500
New York, N.Y. 10006
Attn: Keith B. Dalen, Esq,

                                                      Joan Sorrentino

Sworn to before me
this 5th day of July, 2007.

NOTARY PUBLIC

GLORIA J. REGIS HOSEIN
Notary Public, State of New York
No. 01RE6065625, Qualified in Kings County
Certificate Filed in New York County
Commission Expires October 22, 2009

NYDOCS1/286255.1