Keith B. Dalen (KD 4997)
HILL RIVKINS & HAYDEN LLP
*Attorneys for Non-Party Marlog-LBG Logistics GmbH*
45 Broadway, Suite 1500
New York, New York 10006
Tel: (212)-669-0600
Fax: (212)-669-0699

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
ESSAR INTERNATIONAL LIMITED,                 07 Civ. 3439 (WHP)

               Plaintiff,

     - against –                                            **RULE 7.1 STATEMENT**

MARTRADE GULF LOGISTICS FZCO,

               Defendant.
-------------------------------------------------------X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Non-Party Marlog-LBG Logistics GmbH (Private, Non-Governmental Parties) certify that the following are parent corporations and/or publicly held corporations that own 10% or more of Plaintiff's stock:

        **IQ Martrade Holding und Managementgesellschaft mbH**

Dated: New York, New York
       June 10, 2007

                              HILL RIVKINS & HAYDEN LLP
                              *Attorneys for Marlog-LBG Logistics GmbH*

           By:   Keith B. Dalen (KD 4997)
                  45 Broadway, Suite 1500
                  New York, New York 10006
                  Tel: (212)-669-0600
                  Fax: (212)-669-0699