UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ESSAR INTERNATIONAL LIMITED,                :

                Plaintiff,                :       07 Civ. 3439 (WHP)

               -against-                  :       SCHEDULING ORDER

MARTRADE GULF LOGISTICS FZCO,                :

               Defendant.                :
------------------------------------------------------------X

WILLIAM H. PAULEY III, District Judge:

       Counsel to the parties having appeared before the Court for a hearing on July 6, 2007, the following schedule is established on consent:

1. Marlog is to advise the Court by letter no later than July 10, 2007 if it wishes to conduct any discovery in connection with its application to vacate the Order of Attachment and Garnishment; and

2. Plaintiff is to serve and file any supplemental submission in this matter by July 11, 2007.

Dated:    July 6, 2007
            New York, New York

                                      SO ORDERED:

                                 WILLIAM H. PAULEY III
                                      U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/07

*Counsel of Record*:

Manuel Antonio Molina, Esq.
William Louis Juska Jr., Esq.
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, NY 10005
*Counsel for Plaintiff*

Keith B. Dalen, Esq.
Christopher M. Panagos, Esq.
Andrew R. Brown, Esq.
Hill Rivkins & Hayden LLP
45 Broadway, Suite 1500
New York, NY 10006
*Counsel for Marlog-LBG Logistics GmbH*