USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10 2 07

228-07/WLJ/MAM
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

ESSAR INTERNATIONAL LIMITED,                    07 Civ. 3439 (WHP)

        Plaintiff,

     -against-                                       **STIPULATION**
                                                **AND ORDER**

MARTRADE GULF LOGISTICS FZCO,

        Defendant.

-----------------------------------------------------x


    **IT IS HEREBY STIPULATED AND AGREED** to by and between the parties

that the sum of US$212,752.43, now presently a portion of the funds under attachment

pursuant to the Court's Order of Maritime Attachment and Garnishment dated May 1, 2007,

and in the possession of garnishee, American Express Bank, be released to plaintiff, Essar

International Limited, and transferred to an account designated by plaintiff's attorneys,

Freehill Hogan & Mahar LLP. The balance of the funds held by American Express Bank

shall remain under attachment, subject to any further Order from the U.S. District Court for

the Southern District of New York. The present payment is not to be construed as a waiver

to claim the full amount of plaintiff ESSAR INTERNATONAL LIMITED's losses and/or

to accept any settlement previously proposed by Defendant MARTRADE GULF

NYDOCS1/289215.1

LOGISTICS FZCO.  It is agreed that the process of Maritime Attachment and Garnishment dated May 2, 2007 remains in full force and effect.

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
ESSAR INTERNATIONAL LIMITED

William L. Juska, Jr.
80 Pine Street
New York, NY  10005
Tel: (212) 425-1900 / Fax: (212) 425-1901

HILL RIVKINS & HAYDEN LLP
Attorneys for Defendant
MARTRADE GULF LOGISTICS FZCO

Keith B. Dalen (KD-4997)
45 Broadway, Suite 1500
New York, NY  10006

SO ORDERED:

12/1/07