USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
ESSAR INTERNATIONAL LIMITED,  :  07 Civ. 3439 (WHP)

          Plaintiff,  :  ORDER

    -against-  :

MARTRADE GULF LOGISTICS FZCO,  :

          Defendant.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        It having been reported to this Court that this action has been or will be settled, it is ordered that this action is discontinued without costs to any party, and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty (30) days of the date of this Order. The Clerk of Court is directed to mark this case closed.

Dated: December 21, 2007
      New York, New York

                              SO ORDERED:

                              WILLIAM H. PAULEY III
                              U.S.D.J.

*Counsel of Record*:

Manuel Antonio Molina, Esq.
William Louis Juska Jr., Esq.
Freehill, Hogan & Mahar, LLP
80 Pine Street
New York, NY 10005
*Counsel for Plaintiff*

Keith B. Dalen, Esq.
Christopher M. Panagos, Esq.
Andrew R. Brown, Esq.
Hill Rivkins & Hayden LLP
45 Broadway, Suite 1500
New York, NY 10006
*Counsel for Marlog-LBG Logistics GmbH*